# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00085-CR

Ricardo Sanchez Enriquez,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
19th District Court of McLennan County, Texas
Judge Thomas C. West, presiding
Trial Court Cause No. 2008-1925

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Ricardo Sanchez Enriquez appeals from the trial court's order that denied his "Constitutional Rights of Object and Right to Allocation Motion" in the above proceedings. By letter from the Clerk of this Court dated March 17, 2025, Appellant was notified that there did not appear to be a final, appealable order and instructed him to file a response to demonstrate jurisdiction. Enriquez has subsequently filed two motions but has not responded to the

Clerk's letter. Our review of the clerk's record filed in this proceeding does not show an appealable order over which this Court has jurisdiction.

We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). All pending motions are denied.

                                                   _____

                                                   LEE HARRIS
                                                   Justice

OPINION DELIVERED and FILED: June 18, 2025

Before Justice Smith,
      Justice Harris, and
      Senior Chief Justice Wright[1]
Appeal dismissed
Do not publish
CRPM



---

[1] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Supreme Court of Texas.